Daniel E. Gustafson (Admitted *Pro Hac Vice*)
Raina C. Borrelli (Admitted *Pro Hac Vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
rborrelli@gustafsongluek.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BIG HEART PET BRANDS LITIGATION | Lead Case No. 4:18-cv-00861-JSW |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | NOTICE OF WITHDRAWAL OF COUNSEL |

1  TO: The Clerk of the Court and to All Parties and Counsel of Record:

2      PLEASE TAKE NOTICE THAT Joseph C. Bourne is no longer an attorney at the law firm

3  of Gustafson Gluek PLLC and is hereby withdrawn as Counsel. Mr. Bourne should be removed

4  from the Court's service list with respect to this action. Plaintiffs will continue to be represented by

5  Counsel of record from Gustafson Gluek PLLC, as well as by additional counsel for plaintiffs, and

6  all future correspondence and papers in this action should continue to be directed as such.

7

8  Dated:   August 15, 2018           **GUSTAFSON GLUEK PLLC**

9
                                             /s/ Raina C. Borrelli
10                                             Daniel E. Gustafson (Admitted *Pro Hac Vice*)
                                            Raina C. Borrelli (Admitted *Pro Hac Vice*)
11                                             Canadian Pacific Plaza
                                            120 South Sixth Street, Suite 2600
12                                             Minneapolis, MN 55402
                                            Telephone: (612) 333-8844
13                                             Fax: (612) 339-6622
14                                             dgustafson@gustafsongluek.com
                                            rborrelli@gustafsongluek.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28