[*COUNSEL LISTED ON SIGNATURE PAGE*]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE BIG HEART PET BRANDS LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 4:18-cv-00861-JSW<br><br>(Consolidated with No. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; and 4:18-cv-01663)<br><br>**JOINT STATUS REPORT** |
|---|---|

Pursuant to the Court's March 20, 2020 Order (Dkt. No. 141), the Parties submit the following Joint Status Report.

**Status Conference**

On March 20, 2020, the Court ordered the Parties file a joint status report on May 15, 2020 in advance of the status conference. The Court subsequently took the status conference off-calendar. Dkt. No. 145.

**Status of the Pleadings**

On December 6, 2019, Plaintiffs filed their Second Amended Consolidated Class Action Complaint ("SACC"). Dkt. No. 121. Defendant moved to dismissed the SACC on January 31, 2020. Dkt. No. 128. The motion is fully briefed and the Court ordered supplemental briefing due on May 22, 2020. Dkt. No. 149. Thereafter, the Court will take the motion under submission.

**Status of Discovery**

**A. Written Discovery**

Discovery commenced in this action following the conference of the Parties pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Since then, the Parties have exchanged written discovery, and Big Heart continues to make productions of documents on a rolling basis in response to Plaintiffs' discovery requests.

**B. Depositions**

The Parties have been engaged in ongoing meet and confers regarding the scheduling of depositions for Big Heart's corporate designee(s) pursuant to Federal Rule of Civil Procedure 30(b)(6), and employee percipient witnesses. Likewise, the Parties continue to meet and confer regarding the scheduling of Plaintiffs' depositions. Because this Court's order on a motion to dismiss will affect what Plaintiffs and claims proceed in this action, prior to engaging in time consuming depositions and costly expert discovery, the Parties have previously sought and obtained extensions to certain deadlines in this matter [*see*, *i.e.*, ECF No. 106]. Thus, the Parties anticipate scheduling depositions soon after the Court issues its order on Defendant's motion to dismiss.

**C. Non-Party Subpoenas**

Plaintiffs have also issued subpoenas and engaged in meet and confers with various non-

parties. Plaintiffs have received or will receive documents and information pursuant to these subpoenas.

**Case Schedule**

On December 3, 2019, the Court entered the following scheduling order (Dkt. No. 117):

| Event | Deadline |
| --- | --- |
| Defendant to File Motion to Dismiss | 1/31/2020 (per Stipulation and Order, Dkt. No. 115) |
| Plaintiffs to File Opposition to Motion to Dismiss | 3/06/2020 (per Stipulation and Order, Dkt. No. 115) |
| Defendant to File Reply to Motion to Dismiss | 4/08/2020 (per Stipulation and Order, Dkt. No. 115) |
| Amend Pleadings, Add Parties, or Claims | 12/06/2019 (per Stipulation and Order, Dkt. No. 115) |
| Fact Discovery Cutoff | 5/1/2020 |
| Hearing on Motion to Dismiss | No earlier than May 8, 2020 at 9:00 a.m. |
| Affirmative Expert Disclosures | 60 days after order on Motion to Dismiss |
| Rebuttal Expert Disclosures | 90 days after order on Motion to Dismiss |
| Expert Deposition and Discovery Cutoff | 120 days after order on Motion to Dismiss |

On March 17, 2020, the Court extended the fact-discovery cut-off to October 1, 2020. Dkt. No. 140.

Dated: May 15, 2020                         WINSTON & STRAWN LLP

By:   /s/ Ronald Y. Rothstein
Ronald Y. Rothstein (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: rrothste@winston.com

Amanda Jereige
WINSTON & STRAWN LLP
101 California, Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: ajereige@winston.com

|   |   |   |
|---|---|---|
| 1 | | Megan L. Whipp |
| 2 | | WINSTON & STRAWN LLP<br>333 S. Grand Ave., 38th Floor<br>Los Angeles, CA 90071 |
| 3 | | Telephone: (213) 615-1878<br>Facsimile: (213) 615-1750 |
| 4 | | Email: mwhipp@winston.com |
| 5 | | Attorneys for Defendant<br>BIG HEART PET BRANDS INC. |

Dated: May 15, 2020                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: /s/ *Rebecca A. Peterson*
Rebecca A. Peterson
Robert K. Shelquist
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: rapeterson@locklaw.com
Email: rkshelquist@locklaw.com

Kevin A. Seely
Steven M. McKany
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile :(619) 525-3991
Email: kseely@robbinsarroyo.com
Email: smckany@robbinsarroyo.com

Daniel E. Gustafson
Karla M. Gluek
Joseph C. Bourne
Raina C. Borrelli
GUSTAFSON GLUEK, PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email:dgustafson@gustafsongluek.com
Email: kgluek@gustafsongluek.com
Email: jbourne@gustafsongluek.com
Email: rborrelli@gustafsongluek.com

Charles Laduca
Katherine Van Dyck
CUNEO GILBERT & LADUCA, LLP

| | |
|---|---|
| 1 | 4725 Wisconsin Ave, NW Suite 200 |
| 2 | Washington, DC 20016<br>Telephone: (202) 789-3960<br>Facsimile: (202) 789-1813 |
| 3 | Email: kvandyck@cuneolaw.com<br>Email: charles@cuneolaw.com |
| 4 | |
| 5 | Joseph DePalma<br>Susana Cruz Hodge |
| 6 | LITE DEPALMA GREENBERG, LLC<br>570 Broad Street, Suite 1201 |
| 7 | Newark, NJ 07102<br>Telephone: (973) 623-3000 |
| 8 | Email: jdepalma@litedepalma.com<br>Email: scruzhodge@litedepalma.com |
| 9 | Attorneys for Plaintiffs |

## ATTESTATION

I, Ronald Y. Rothstein, attest that the above listed signatories on whose behalf this document is being filed, have concurred in the context and have authorized the filing.

Dated: May 15, 2020

                                          */s/ Ronald Y. Rothstein*
                                          Ronald Y. Rothstein