1  [*COUNSEL LISTED ON SIGNATURE PAGE*]

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  IN RE DEFENDANT PET BRANDS LITIGATION | Lead Case No. 4:18-cv-00861-JSW |
| 12 | (Consolidated with Nos. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; 4:18-cv-01663; and 4:18-cv-02662) |
| 13  This Document Relates To: | |
| 14  ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING DATES** |
| 15 | Hon. Jeffrey S. White |
| 16 | Courtroom 5, 2nd Floor |

17

18

19

20

21

22

23

24

25

26

27

28

**WHEREAS,** on June 4, 2018 Defendant and Plaintiffs (collectively, the "Parties") entered into a stipulation (the "Stipulation") to consolidate *Rosemarie Schirripa v. Big Heart Pet Brands, Inc. et al.*, Case No. 4:18-cv-02662-JSW with *In Re Big Heart Pet Brands Litigation*, Lead Case No. 4:18-cv-00861-JSW ("Lead Consolidated Action");

**WHEREAS,** on June 5, 2018 the Court granted the Stipulation and ordered the cases to be consolidated;

**WHEREAS,** on December 3, 2019, the Court adopted the current case schedule for completing certain discovery, expert disclosures and expert deposition and discovery (*see* ECF No. 117);

**WHEREAS,** on December 6, 2019, Plaintiffs filed their Second Amended Consolidated Complaint;

**WHEREAS,** on January 31, 2020, Defendant filed its Motion to Dismiss the Second Amended Consolidated Complaint (the "Motion to Dismiss");

**WHEREAS**, on March 17, 2020, the Court extended the deadline to complete fact discovery to October 1, 2020;

**WHEREAS,** on May 11, 2020, the Court vacated the hearing on the Motion to Dismiss, ordered supplemental briefing (which the parties submitted on May 15, 2020), and took the Motion to Dismiss under submission;

**WHEREAS**, on August 25, 2020, the Court extended the deadline to complete fact discovery from October 1, 2020 to February 1, 2021;

**WHEREAS**, the parties have worked diligently to complete all written fact discovery, resolved specific discovery related disputes. Given that the pending Motion to Dismiss seeks dismissal of all claims and non-resident putative class members, which include numerous out-of-state plaintiffs and claims under various state laws, the parties have conferred and agree that extension of all remaining deadlines in this matter is warrant so the parties are certain which plaintiffs will remain as class representatives and what claims will remain at issue. The parties agree that conducting discovery before a decision is issued on the motion to dismiss could potentially result in a waste of resources.

**STIPULATION**

1

1    **WHEREAS**, because the parties desire to have the pending Motion to Dismiss decided prior

2    to engaging in time consuming and costly depositions, the parties therefore respectfully request that

3    the Court extend the fact discovery cutoff by approximately four months as set forth below:

4

5

|                       | Old Date   | New Date   |
|-----------------------|------------|------------|
| Fact Discovery Cut-Off | 02/01/2021 | 06/01/2021 |

7

8    **IT IS SO STIPULATED AND AGREED.**

9

10   Dated: December 15, 2020          WINSTON & STRAWN LLP

11

12                                     By:   /s/ *Ronald Y. Rothstein*
                                             Ronald Y. Rothstein (*admitted pro hac vice*)
                                             WINSTON & STRAWN LLP
13                                           35 West Wacker Drive
                                             Chicago, IL 60601
14                                           Telephone: (312) 558-5600
                                             Facsimile:(312) 558-5700
15                                           Email: rrothste@winston.com

16                                           Amanda Jereige
                                             WINSTON & STRAWN LLP
17                                           101 California, Street, 34th Floor
                                             San Francisco, CA 94111-5840
18                                           Telephone: (415) 591-1000
                                             Facsimile: (415) 591-1400
19                                           Email: ajereige@winston.com

20                                           Megan L. Whipp
                                             WINSTON & STRAWN LLP
21                                           333 S. Grand Ave., 38th Floor
                                             Los Angeles, CA 90071
22                                           Telephone: (213) 615-1878
                                             Facsimile: (213) 615-1750
23                                           Email: mwhipp@winston.com

24                                           Attorneys for Defendant
                                             BIG HEART PET BRANDS INC.

25

26

27

28

2

1   Dated: December 15, 2020                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.

2

3                                        By:    /s/ *Rebecca A. Peterson*
                                                Rebecca A. Peterson
4                                               Robert K. Shelquist
                                                100 Washington Avenue South,
5                                               Suite 2200
                                                Minneapolis, MN 55401
6                                               Telephone: (612) 339-6900
                                                Facsimile: (612) 339-0981
7                                               Email: rapeterson@locklaw.com
                                                Email: rkshelquist@locklaw.com
8
                                                Kevin A. Seely
9                                               Steven M. McKany
                                                ROBBINS ARROYO LLP
10                                              600 B Street, Suite 1900
                                                San Diego, CA 92101
11                                              Telephone: (619) 525-3990
                                                Facsimile :(619) 525-3991
12                                              Email: kseely@robbinsarroyo.com
                                                Email: smckany@robbinsarroyo.com
13
                                                Daniel E. Gustafson
14                                              Karla M. Gluek
                                                Joseph C. Bourne
15                                              Raina C. Borrelli
                                                GUSTAFSON GLUEK, PLLC
16                                              Canadian Pacific Plaza
                                                120 South 6th Street, Suite 2600
17                                              Minneapolis, MN 55402
                                                Telephone: (612) 333-8844
18                                              Facsimile: (612) 339-6622
                                                Email:dgustafson@gustafsongluek.com
19                                              Email: kgluek@gustafsongluek.com
                                                Email: jbourne@gustafsongluek.com
20                                              Email: rborrelli@gustafsongluek.com

21                                              Charles Laduca
                                                Katherine Van Dyck
22                                              CUNEO GILBERT & LADUCA, LLP
                                                4725 Wisconsin Ave, NW Suite 200
23                                              Washington, DC 20016
                                                Telephone: (202) 789-3960
24                                              Facsimile: (202) 789-1813
                                                Email: kvandyck@cuneolaw.com
25                                              Email: charles@cuneolaw.com

26                                              Joseph DePalma
                                                Susana Cruz Hodge
27                                              LITE DEPALMA GREENBERG, LLC
                                                570 Broad Street, Suite 1201
28                                              Newark, NJ 07102
                                                Telephone: (973) 623-3000

                                        3

1

Email: jdepalma@litedepalma.com
Email: scruzhodge@litedepalma.com

2

Attorneys for Plaintiffs

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATES—CASE NO. 4:18-CV-00861-JSW

1

**<u>ATTESTATION</u>**

2        I, Ronald Y. Rothstein, attest that the above listed signatories on whose behalf this document

3   is being filed, have concurred in the context and have authorized the filing.

4   Dated: December 15, 2020

                                        */s/ Ronald Y. Rothstein*
5                                       Ronald Y. Rothstein

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATES—CASE NO. 4:18-CV-00861-JSW

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated:  December 16, 2020    _____

4                                              The Honorable Jeffrey S. White
                                             United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATES—CASE NO. 4:18-CV-00861-JSW