Ronald Y. Rothstein (*pro hac vice*)
RRothste@winston.com
Sean Suber (*pro hac vice*)
SSuber@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Amanda Jereige (SBN: 324644)
AJereige@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
BIG HEART PET BRANDS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE BIG HEART PET BRANDS LITIGATION | Lead Case No. 4:18-cv-00861-JSW |
| | (Consolidated with No. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; and 4:18-cv-01663) |
| This Document Relates to: | |
| ALL ACTIONS | **DEFENDANT'S NOTICE TO MAINTAIN UNDER SEAL** |
| | Hon. Jeffrey S. White |
| | Courtroom: 5, 2nd Floor |

PLEASE TAKE NOTICE that Defendant Big Heart Pet Brands, Inc. ("Big Heart") maintains that certain portions of this Court's Order on Defendant's Motion to Dismiss the Second Amended Consolidated Complaint ("Order") should remain under seal. On June 18, 2018, the Court entered the Stipulated Protective Order as filed by the parties (the "Stipulated Protective Order"). *See* ECF No. 72. The Stipulated Protective Order acknowledges that "[d]isclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted." *Id.* at 1.[1] Plaintiffs have obtained confidential documents from Defendant through discovery which were produced subject to the Stipulated Protective Order entered in this action, and which have been quoted or discussed in Plaintiffs' Second Amended Consolidated Complaint and this Court's Order.

Per the Court's March 25, 2021 Order Regarding Order on Motion to Dismiss Second Amended Consolidated Complaint (ECF No. 164), Big Heart hereby identifies the following portions of the Order that it believes should be maintained under seal:

- Page 1, lines 9-10, reflect information gathered from internal, confidential documents;

- Page 1, lines 12-22, reflect information gathered from internal, confidential documents;

- Page 2, lines 1-6, reflect information gathered from internal, confidential documents;

- Page 12, lines 16-18, reflect information gathered from internal, confidential documents;

- Page 25, lines 6-8, reflect information gathered from internal, confidential documents;

- Page 28, lines 3-4, reflect information gathered from internal, confidential documents;

---

[1] Defendant recognizes that, per its terms, the Stipulated Protective Order does not itself "entitle [the parties] to file confidential information under seal; Civil Local Rule 79-5 sets forth the procedures that must be followed and the standards that will be applied when a party seeks permission from the court to file material under seal." Order Granting Stipulated Protective Order, at 1 (ECF No. 72).

- Page 29, lines 4-5, reflect information gathered from internal, confidential documents;

- Page 30, lines 19-20, reflect information gathered from internal, confidential documents; and

- Page 30, lines 22-28, reflect information gathered from internal, confidential documents.

PLEASE TAKE FURTHER NOTICE that this information is entitled to protection under the law and good cause exists to maintain the confidentiality thereof as disclosure of this material would put Defendant at a competitive disadvantage and cause harm. *See e.g., Sun Microsystems Inc. v. Network Appliance*, No. C 08 01641 EDL, 2009 WL 5125817, at *9 (N.D. Cal. Dec. 21, 2009) (granting sealing requests because the documents "contain confidential [business] information, much of which has been designated as Confidential or Highly Confidential under the parties' stipulated protective order, that could cause competitive harm if disclosed").

Defendant requests that the above-identified portions of the Court's Order remain under seal and that the version that is publicly filed by the Court contain the limited set of redactions identified above.

Dated:  April 16, 2021                    WINSTON & STRAWN LLP

By:   */s/ Ronald Y. Rothstein*
       Ronald Y. Rothstein (*pro hac vice*)
       RRothste@winston.com
       Sean Suber (*pro hac vice*)
       SSuber@winston.com
       WINSTON & STRAWN LLP
       35 West Wacker Drive
       Chicago, IL 60601-9703
       Telephone: (312) 558-5600
       Facsimile: (312) 558-5700

       Amanda Jereige (SBN: 324644)
       AJereige@winston.com
       WINSTON & STRAWN LLP
       101 California Street
       San Francisco, CA 94111
       Telephone: (415) 591-1000
       Facsimile: (415) 591-1400

       Attorneys for Defendant
       BIG HEART PET BRANDS, INC.