LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Lead Counsel for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIG HEART PET BRANDS LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Lead Case No. 4:18-cv-00861-JSW<br><br>(Consolidated with Nos. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; 4:18-cv-01663; and 4:18-cv-02662)<br><br>Hon. Jeffrey S. White<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL** |

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL

Plaintiffs hereby move the Court for an order permitting Plaintiffs to file the Third Amended Consolidated Complaint under seal. The information that Plaintiffs are seeking to file under seal was granted upon filing the Second Amended Consolidated Complaint (Docket 124).

In support of this Administrative Motion to File Materials Under Seal, Plaintiff submits the following:

1. Plaintiff has reviewed and complied with Civil Local Rule 79-5; and
2. The documents that are proposed to be sealed disclose information that were designated as Confidential by Defendant pursuant to the governing Protective Order in this case. *See* Exhibits 1-4 attached to the Declaration of Rebecca A. Peterson in Support of Administrative Motion to File Materials Under Seal.

Dated: April 21, 2021      LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST (*pro hac vice*)
REBECCA A. PETERSON (241858)

             */s Rebecca Peterson*
             REBECCA A. PETERSON

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
           rapeterson@locklaw.com

Lead Counsel for Plaintiffs

ROBBINS LLP
KEVIN A. SEELY (199982)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com
           smckany@robbinsllp.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON (*pro hac vice*)
KARLA M. GLUEK
RAINA C. BORRELLI (*pro hac vice*)
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
rborrelli@gustafsongluek.com

CUNEO GILBERT & LADUCA, LLP
CHARLES LADUCA (*pro hac vice*)
KATHERINE VAN DYCK (*pro hac vice*)
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813
E-mail: kvandyck@cuneolaw.com
charles@cuneolaw.com


LITE DEPALMA GREENBERG, LLC
JOSEPH DEPALMA (*pro hac vice*)
SUSANA CRUZ HODGE (*pro hac vice*)
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

WEXLER WALLACE LLP
Kenneth A. Wexler
Michelle Perkovic
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
E-mail: kaw@wexlerwallace.com
mp@wexlerwallace.com

WEXLER WALLACE LLP
Mark J. Tamblyn
333 University Avenue, Suite 200
Sacramento, California 95825
T: (916) 565-7692
F: (312) 346-0022
Email: mjt@ wexlerwallace.com

Plaintiffs' Executive Committee