LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Lead Counsel for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIG HEART PET BRANDS LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Lead Case No. 4:18-cv-00861-JSW<br><br>(Consolidated with Nos. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; 4:18-cv-01663; and 4:18-cv-02662)<br><br>Hon. Jeffrey S. White<br><br>**DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL** |

DEC OF REBECCA A. PETERSON IN SUPPORT OF MOTION TO FILE MATERIALS UNDER SEAL

I, Rebecca A. Peterson, declare as follows:

1. I am an attorney at Lockridge Grindal Nauen P.L.L.P. and represent the Plaintiffs in the above-captioned matter. I submit this declaration in support of filing the Third Amended Consolidated Complaint under seal.

2. Attached as Exhibit 1 is the redacted version of the Third Amended Consolidated Complaint.

3. Attached as Exhibit 2 is the unredacted version of the Third Amended Consolidated Complaint.

4. Attached as Exhibit 3 is the redacted version of the redlined Third Amended Consolidated Complaint.

5. Attached as Exhibit 4 is the unredacted version of the redlined Third Amended Consolidated Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of April, 2021.

                                            s/ Rebecca A. Peterson
                                            Rebecca A. Peterson
                                            *Attorney for Plaintiff*