UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIG HEART PET BRANDS LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Lead Case No. 4:18-cv-00861-JSW<br><br>(Consolidated with Nos. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; 4:18-cv-01663; and 4:18-cv-02662)<br><br>Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL** |

Plaintiffs submitted an application requesting the Court to accept both the Third Amended Consolidated Complaint and the redline of the Third Amended Consolidated Complaint under seal based on the inclusion of information Defendant has designated as confidential.

Upon due consideration, and good cause appearing, the Court GRANTS Plaintiffs' request and orders the Third Amended Consolidated Complaint to be filed under seal.

IT IS SO ORDERED

Dated: _____

_____
HONORABLE JEFFREY S. WHITE

ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL