LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Lead Counsel for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIG HEART PET BRANDS LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Lead Case No. 4:18-cv-00861-JSW<br><br>(Consolidated with Nos. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; 4:18-cv-01663; and 4:18-cv-02662)<br><br>Hon. Jeffrey S. White<br><br>**PROOF OF SERVICE REGARDING THIRD AMENDED CONSOLIDATED COMPLAINT** |

PROOF OF SERVICE

## PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Hennepin, Minnesota. I am over the age of 18 and not a party to the within action. My business address is 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401.

On April 21, 2021, I caused to be served the unredacted Third Amended Consolidated Complaint and the unredacted redlined Third Amended Consolidated Complaint, on the interested parties by e-mail (as agreed to by the parties):

| | |
|---|---|
| Salvatore C Badala | sbadala@napolilaw.com; 1936354420@filings.docketbird.com |
| Susana Cruz Hodge | scruzhodge@litedepalma.com; epalomino@litedepalma.com |
| Joseph J. DePalma | jdepalma@litedepalma.com; epalomino@litedepalma.com |
| Andrew Thomas Foglia | afoglia@winston.com |
| Daniel E. Gustafson | dgustafson@gustafsongluek.com |
| Amanda Jereige | AJereige@winston.com; ecf_sf@winston.com; amanda-jereige-5954@ecf.pacerpro.com; mcourtney@winston.com |
| Charles J. LaDuca | charlesl@cuneolaw.com |
| Michelle Lukic | mp@wexlerwallace.com; ecf@wexlerwallace.com |
| Paul Brian Maslo | pmaslo@napolilaw.com |
| Jeanifer Ellen Parsigian | jparsigian@winston.com; pstruble@winston.com; jeanifer-parsigian-1998@ecf.pacerpro.com; ecf_sf@winston.com |
| Ronald Y. Rothstein | RRothstein@winston.com; ecf_sf@winston.com; pacercourtfile@winston.com; ron-rothstein-8727@ecf.pacerpro.com; sblackmon@winston.com |
| Kevin Andrew Seely | kseely@robbinsllp.com; notice@robbinsllp.com |
| Robert K. Shelquist | rkshelquist@locklaw.com; aanewfield@locklaw.com; kjleroy@locklaw.com; brgilles@locklaw.com |
| Robert Sean Siko | rsiko@andrewsthornton.com |

- 1 -  Lead Case No. 4:18-cv-00861-JSW
PROOF OF SERVICE

| Sean H. Suber | SSuber@winston.com; ECF_CH@winston.com; sean-suber-2617@ecf.pacerpro.com |
|---|---|
| Mark John Tamblyn | mjt@wexlerwallace.com; ecf@wexlerwallace.com |
| Katherine Van Dyck | kvandyck@cuneolaw.com |
| Kenneth A. Wexler | kaw@wexlerwallace.com; ecf@wexlerwallace.com |

Dated:  April 21, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST (*pro hac vice*)
REBECCA A. PETERSON (241858)


              */s Rebecca Peterson*
            REBECCA A. PETERSON

 100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
            rapeterson@locklaw.com

Lead Counsel for Plaintiffs

- 2 -   Lead Case No. 4:18-cv-00861-JSW
PROOF OF SERVICE