**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 18-cv-00861-JSW (JCS)

**Case Name:** In Re Big Heart Pet Brands Litigation

**Date:** July 28, 2021     **Time:** 30 M

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Rebecca Peterson
**Attorney for Defendant:** Ron Rothstein

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

     ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Further Zoom Settlement Conference

     ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

(X)   Zoom Scheduling Conference to set Settlement Conference - Held

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:**
Settlement Conference set for 9/27/2021 at 10:00 AM by Zoom Meeting. Court to issue Settlement Conference Order.