1  LOCKRIDGE GRINDAL NAUEN P.L.L.P.
   REBECCA A. PETERSON (241858)
2  ROBERT K. SHELQUIST
   100 Washington Avenue South, Suite 2200
3  Minneapolis, MN 55401
   Telephone: (612) 339-6900
4  Facsimile: (612) 339-0981
   E-mail: rkshelquist@locklaw.com
5          rapeterson@locklaw.com

6

7  [Additional Counsel Listed on Signature Page]

8

9           **UNITED STATES DISTRICT COURT**
10          **NORTHERN DISTRICT OF CALIFORNIA**
            **SAN FRANCISCO DIVISION**

11 | IN RE BIG HEART PET BRANDS | Lead Case No. 4:18-cv-00861-JSW |
   | LITIGATION |  |
12

13 | This Document Relates to: | (Consolidated with No. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; 4:18-cv-01663; and 4:18-cv-02662) |

14 | ALL ACTIONS |  |

15 **STIPULATION AND** ~~PROPOSED~~
   **ORDER EXTENDING DATES**
16 AS MODIFIED HEREIN
   Hon. Jeffrey S. White
17 Courtroom 5, 2nd Floor

18

19

20

21

22

23

24

25

26

27

28

**WHEREAS,** the Court entered the Order Vacating Case Management Conference and Modifying Existing Deadlines and Order of Referral [Docket 183] on June 22, 2021.

**WHEREAS,** a further Settlement Conference is scheduled for November 2, 2021 [Docket 200].

**WHEREAS**, the parties respectfully request that the Court extend the fact discovery cutoff by approximately 60 days, as set forth below as well as set the below deadlines for affirmative expert reports, rebuttal expert reports, and expert depositions and discovery. The parties met and conferred and agreed that the requested extension should permit sufficient time to complete fact and expert discovery, but, if additional time is needed to accommodate schedules of all fact and expert witnesses, the parties will notify the Court.

|  | **Old Date** | **New Date** |
|---|---|---|
| Fact Discovery Cutoff | November 1, 2021 | January 28, 2022 |
| Affirmative Expert Disclosures | November 30, 2021 | February 28, 2022 |
| Rebuttal Expert Disclosures (and the Court adopts the parties proposal that no sur-rebuttal expert reports will be allowed) | January 31, 2022 | May 2, 2022 |
| Expert Deposition and Discovery Cutoff |  | 120 days after order on for Class Certification Motion ~~to Dismiss~~ |
| Plaintiffs' opening brief | March 31, 2022 | June 29, 2022 |
| Defendant's opposition brief | April 28, 2022 | July 27, 2022 |
| Plaintiffs' reply brief | May 26, 2022 | August 24, 2022 |
| Hearing on motion | June 24, 2022 at 9:00 a.m. | September 30, 2022 at 9:00 a.m. |

The Court will set a further case management conference after it resolves the motion for class certification.

1  **IT IS SO STIPULATED AND AGREED.**

2

3

4  Dated:  October 12, 2021                  LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                            REBECCA A. PETERSON (241858)
5                                            ROBERT K. SHELQUIST

6                                              *s/ Rebecca A. Peterson*
                                            100 Washington Avenue South, Suite 2200
7                                            Minneapolis, MN 55401
                                            Telephone: (612) 339-6900
8                                            Facsimile: (612) 339-0981
                                            E-mail: rkshelquist@locklaw.com
9                                                  rapeterson@locklaw.com

10

11                                           ROBBINS LLP
                                            KEVIN A. SEELY (199982)
12                                           5040 Shoreham Place
                                            San Diego, CA 92122
13                                           Telephone: (619) 525-3990
                                            Facsimile: (619) 525-3991
14                                           E-mail: kseely@robbinsllp.com

15                                           GUSTAFSON GLUEK, PLLC
                                            DANIEL E. GUSTAFSON
16                                           KARLA M. GLUEK
                                            Canadian Pacific Plaza
17                                           120 South 6th Street, Suite 2600
                                            Minneapolis, MN 55402
18                                           Telephone: (612) 333-8844
                                            Facsimile: (612) 339-6622
19                                           E-mail: dgustafson@gustafsongluek.com
                                                  kgluek@gustafsongluek.com
20

21                                           CUNEO GILBERT & LADUCA, LLP
                                            CHARLES LADUCA
22                                           KATHERINE VAN DYCK
                                            4725 Wisconsin Ave NW, Suite 200
23                                           Washington, DC 20016
                                            Telephone: 202-789-3960
24                                           Facsimile: 202-789-1813
                                            E-mail: kvandyck@cuneolaw.com
25                                                 charles@cuneolaw.com

26

27

28

LITE DEPALMA GREENBERG, LLC
JOSEPH DEPALMA
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
          scruzhodge@litedepalma.com

***Attorneys for Plaintiffs***

Dated:  October 12, 2021                WINSTON & STRAWN LLP


By:      *s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
Email: rrothste@winston.com

Amanda Jereige
WINSTON & STRAWN LLP
101 California, Street, 34th Floor
San Francisco, CA  94111-5840
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400
Email: ajereige@winston.com

***Attorneys for Defendant Big Heart Pet Brands Inc.***

1

**ATTESTATION**

2          I, Rebecca A. Peterson, attest that the above-listed signatories on whose behalf this

3     document is being filed, have concurred in the context and have authorized the filing.

4     Dated: October 12, 2021                    *s/ Rebecca A. Peterson*

5

6

7

8

9     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  AS MODIFIED ABOVE.

10

11    Dated: October 12, 2021

12                                      The Honorable Jeffrey S. White
                                       United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28