Kenneth A. Wexler
WEXLER BOLEY & ELGERSMA LLP
55 West Monroe St., Suite 3300
Chicago, IL 60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
kaw@wbe-llp.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BIG HEART PET BRANDS LITIGATION | Case No. 4:18-cv-00861-JSW |
| This Document Relates to: All Actions | **NOTICE OF FIRM NAME CHANGE** |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective November 1, 2021, the law firm of WEXLER WALLACE LLP changed its name to WEXLER BOLEY & ELGERSMA LLP. The URL for the firm's website has changed to www.wbe-llp.com.

The mailing address, telephone and facsimile numbers remain the same and are as follows:

WEXLER BOLEY & ELGERSMA LLP
55 West Monroe St., Suite 3300
Chicago, IL 60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
www.wbe-llp.com

Dated:  December 8, 2021        By: /s/ Kenneth A. Wexler
                                    WEXLER BOLEY & ELGERSMA LLP
                                    55 West Monroe St., Suite 3300
                                    Chicago, IL 60603
                                    (312) 346-2222 – Telephone
                                    (312) 346-0022 – Facsimile
                                    kaw@wbe-llp.com

                                    *Attorney for Plaintiff*