LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:    (612) 339-6900
Facsimile:    (612) 339-0981
E-mail:rkshelquist@locklaw.com
            rapeterson@locklaw.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BIG HEART PET BRANDS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:18-cv-00861 JSW<br><br>(Consolidated with No. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; 4:18-cv-01663; and 4:18-cv-02662)<br><br>**STIPULATION AND PROPOSED ORDER REGARDING VOLUNTARY DISMISSAL** |

IT IS STIPULATED AND AGREED, by Plaintiffs Betty Christian, Jack Collins, Roberta Mayo, Thomas Roupe, Rosemary Schirripa, Nancy Sturm, Norman Todd, Jeremy Wahl and Kathy Williamson (collectively, "Plaintiffs") and Defendant, through authorized counsel below, that the Plaintiffs' claims are hereby dismissed with prejudice, with each party to bear its own costs.

Dated:  December 13, 2021            LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                     REBECCA A. PETERSON (241858)
                                     ROBERT K. SHELQUIST

                                     By:    *s/ Rebecca A. Peterson*
                                     100 Washington Avenue South, Suite 2200
                                     Minneapolis, MN 55401
                                     Telephone: (612) 339-6900
                                     Facsimile: (612) 339-0981
                                     E-mail: rkshelquist@locklaw.com
                                             rapeterson@locklaw.com

                                     ROBBINS LLP
                                     KEVIN A. SEELY (199982)
                                     5040 Shoreham Place
                                     San Diego, CA 92122
                                     Telephone: (619) 525-3990
                                     Facsimile: (619) 525-3991
                                     E-mail: kseely@robbinsllp.com

                                     GUSTAFSON GLUEK, PLLC
                                     DANIEL E. GUSTAFSON
                                     KARLA M. GLUEK
                                     Canadian Pacific Plaza
                                     120 South 6th Street, Suite 2600
                                     Minneapolis, MN 55402
                                     Telephone: (612) 333-8844
                                     Facsimile: (612) 339-6622
                                     E-mail: dgustafson@gustafsongluek.com
                                             kgluek@gustafsongluek.com

- 1 -
STIPULATION REGARDING VOLUNTARY DISMISSAL
Case No. 3:18-cv-00861 JSW

| | |
|---|---|
| 1 | CUNEO GILBERT & LADUCA, LLP |
| 2 | CHARLES LADUCA |
| | KATHERINE VAN DYCK |
| 3 | 4725 Wisconsin Ave NW, Suite 200 |
| | Washington, DC 20016 |
| 4 | Telephone: 202-789-3960 |
| | Facsimile: 202-789-1813 |
| 5 | E-mail: kvandyck@cuneolaw.com |
| | charles@cuneolaw.com |

LITE DEPALMA GREENBERG, LLC
JOSEPH DEPALMA
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

***Attorneys for Plaintiffs***

Dated:  December 13, 2021         WINSTON & STRAWN LLP


By:      *s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
Email: rrothste@winston.com

***Attorneys for Defendant Big Heart Pet Brands Inc.***

- 2 -
STIPULATION REGARDING VOLUNTARY DISMISSAL
Case No. 3:18-cv-00861 JSW

**ATTESTATION**

I, Rebecca A. Peterson, attest that the above-listed signatories on whose behalf this document is being filed, have concurred in the context and have authorized the filing.

Dated: December 13, 2021         _s/ Rebecca A. Peterson_

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____      _____
                            The Honorable Jeffrey S. White
                            United States District Judge

- 3 -
STIPULATION REGARDING VOLUNTARY DISMISSAL
Case No. 3:18-cv-00861 JSW