LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:    (612) 339-6900
Facsimile:    (612) 339-0981
E-mail:rkshelquist@locklaw.com
            rapeterson@locklaw.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE BIG HEART PET BRANDS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:18-cv-00861 JSW<br><br>(Consolidated with No. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; 4:18-cv-01663; and 4:18-cv-02662)<br><br>**STIPULATION AND PROPOSED ORDER REGARDING VOLUNTARY DISMISSAL** |

1  IT IS STIPULATED AND AGREED, by Plaintiffs Betty Christian, Jack Collins, Roberta Mayo, Thomas Roupe, Rosemary Schirripa, Nancy Sturm, Norman Todd, Jeremy Wahl and Kathy Williamson (collectively, "Plaintiffs") and Defendant, through authorized counsel below, that the Plaintiffs' claims are hereby dismissed with prejudice and the class claims are dismissed without prejudice, with each party to bear its own costs.

Dated:  December 16, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST

By:  *s/ Rebecca A. Peterson*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
        rapeterson@locklaw.com

ROBBINS LLP
KEVIN A. SEELY (199982)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON
KARLA M. GLUEK
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
        kgluek@gustafsongluek.com

|  |  |
|---|---|
| 1 | CUNEO GILBERT & LADUCA, LLP |
| 2 | CHARLES LADUCA |
|  | KATHERINE VAN DYCK |
| 3 | 4725 Wisconsin Ave NW, Suite 200 |
|  | Washington, DC 20016 |
| 4 | Telephone: 202-789-3960 |
|  | Facsimile: 202-789-1813 |
| 5 | E-mail: kvandyck@cuneolaw.com |
|  |         charles@cuneolaw.com |
| 6 |  |
| 7 | LITE DEPALMA GREENBERG, LLC |
|  | JOSEPH DEPALMA |
| 8 | SUSANA CRUZ HODGE |
|  | 570 Broad Street, Suite 1201 |
| 9 | Newark, NJ 07102 |
|  | Telephone: (973) 623-3000 |
| 10 | E-mail: jdepalma@litedepalma.com |
|  |         scruzhodge@litedepalma.com |
| 11 |  |
| 12 | ***Attorneys for Plaintiffs*** |

Dated:  December 16, 2021         WINSTON & STRAWN LLP


By:     *s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
Email: rrothste@winston.com

***Attorneys for Defendant Big Heart Pet Brands Inc.***

- 2 -
STIPULATION REGARDING VOLUNTARY DISMISSAL
Case No. 3:18-cv-00861 JSW

**ATTESTATION**

I, Rebecca A. Peterson, attest that the above-listed signatories on whose behalf this document is being filed, have concurred in the context and have authorized the filing.

Dated: December 16, 2021                    *s/ Rebecca A. Peterson*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                                                  The Honorable Jeffrey S. White
                                                                  United States District Judge